## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 20 CR 825-1 |
| v. | ) | |
| | ) | Magistrate Judge Harjani |
| Jose Luis Oliva, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Arraignment proceedings held. With the consent of the defendant, upon advice of counsel, and pursuant to the CARES Act, all parties appeared by telephone conference. Defendant informed of his rights. Defendant acknowledges receipt of the Indictment, waives formal reading and enters a plea of not guilty. Rule 16.1(a) conference to be held by 3/10/2021. Pretrial motions due 3/31/2021. **Status hearing before Judge Seeger is set for 4/9/2021 at 10:00 a.m.** Government moves for exclusion of time under the Speedy Trial Act, without objection from defendant. For the reasons stated in open court, the Court finds that time shall be excluded through and including 4/9/2021 pursuant to 18 U.S.C. § 3161(h)(1)(D) and (h)(7) because the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial. (X-T)

Date: 3/3/2021

United States Magistrate Judge

Time: 10 min